**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ROSE LYNN,**<br><br>Defendant. | 18-PO-05036-JTJ<br><br>**VIOLATIONS:**<br>**6564813**<br>**6564814**<br>**6564815**<br>**6564816**<br>**6564817**<br>**6564818**<br>**6564819**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $1,000 and a $30 processing fee for violation 6564814, and $500 and a $30 processing fee for violation 6564818, for a total fine amount of $1,560. The total

fine amount will be paid in full on or before June 3, 2019. Payment(s) should be mailed to the following address:

> Central Violations Bureau
> P.O. Box 71363
> Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant is sentenced to ten days jail time with credit for one day time served. The remaining nine days of jail time will be suspended contingent upon timely payment of fines on or before June 3, 2019.

IT IS FURTHER ORDERED that violations 6564813, 6564815, 6564816, 6564817 and 6564819 are DISMISSED.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for February 7, 2019, is VACATED.

DATED this 14th day of January, 2019.

John Johnston
United States Magistrate Judge